Gregory WALSH, Plaintiff–Appellant,

v.

ONE WEST BANK, FSB; John Does 1–10/Jane Doe 1–10, Defendants–
Appellees.

No. 14–1237.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 28, 2014.

Gregory J. Walsh, Appellant Pro Se. Billy Bernard Ruhling, II, Troutman Sanders, LLP, Tysons Corner, Virginia; Michael R. Sklaire, Greenberg Traurig, LLP, McLean, Virginia, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory J. Walsh appeals the district court's order dismissing his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court at the hearing held on March 7, 2014, and in its order of dismissal. *Walsh v. One West Bank, FSB*, No. 1:13–cv–01094–LO–TCB (E.D.Va. Mar. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*